IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 27 PM 1: 14

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

CHRISTOPHER DEWAYNE KELLY                    04cr20140-2-Ml

## SUPERSEDING INDICTMENT
## ORDER ON ARRAIGNMENT

This cause came to be heard on __July 27, 2005__ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __Stephen Sauer__ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

__Diane K. Vescovo__
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1951.F
INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

Attorney assigned to Case: T. Arvin

Age: 19

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-28-05__

(213)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 213 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT